1  Todd G. Friedland, Bar No. 187022                                JS-6
   STEPHENS FRIEDLAND LLP
2  4695 MacArthur Court, Suite 310
   Newport Beach, CA  92660
3  Telephone:     (949) 468-3200
   Facsimile:      (949) 468-3201
4  todd@sf-lawyers.com

5
   Attorneys for Plaintiff HERITAGE DENNY
6  PROPERTIES, LLC

7

8                     **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

10

11

12 | HERITAGE DENNY PROPERTIES, LLC, a   | Case No.: 2:10-CV-01785-PA-FMO
13 | California Limited Liability Company,|
   |                                      |
14 |               Plaintiff,             | **STIPULATION AND ORDER OF DISMISSAL**
   |                                      |
15 | vs.                                  | **[F.R.C.P. RULE 41]**
   |                                      |
16 | UNITED COMMERCIAL BANK, a            |
   | California corporation; PEI REAL ESTATE |
17 | FUND I, LLC, a Delaware Limited Liability |
   | Company; PEI LOAN POOL II, LLC, a    |
18 | Delaware Limited Liability Company; and |
   | DOES 1 through 50, inclusive,        |
19 |                                      |
   |               Defendants.            |
20

21

22         IT IS HEREBY STIPULATED by and between the parties to this action, Heritage

23 Denny Properties, LLC, a California Limited Liability Company (hereinafter "Heritage

24 Denny") on the one hand, and the Federal Deposit Insurance Company in its capacity as

25 receiver for United Commercial Bank, a California corporation ("UCB"), as well as PEI Real

26 Estate Fund I, LLC, a Delaware Limited Liability Company ("PEI Real Estate") and PEI Loan

27 Pool II, LLC, a Delaware Limited Liability Company ("PEI Loan Pool") through their

28 designated counsel that the above-captioned matter be and hereby is dismissed with prejudice

STEPHENS FRIEDLAND LLP
4695 MacArthur Court, Suite 310
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

**STIPULATION AND ORDER OF DISMISSAL**

pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), with all rights of appeal waived and with each party to bear its own costs.

Dated: April 1, 2010   STEPHENS FRIEDLAND LLP

By: _____
    Todd G. Friedland
    Attorneys for Plaintiff
    Heritage Denny Properties LLC

Dated: April 1, 2010   LATHAM & WATKINS LLP

By: _____
    Michael J. Weaver
    Attorneys for Defendants
    PEI Real Estate Fund I, LLC and
    PEI Loan Pool II, LLC

Dated: April 1, 2010   MALCOLM & CISNEROS

By: _____
    William Guy Malcolm
    Attorneys for Defendants
    Federal Deposit Insurance Company in its
    capacity as receiver for United Commercial
    Bank

**IT IS SO ORDERED**.

April 3, 2010

_____
Honorable Percy Anderson
U.S. District Court Judge

STEPHENS FRIEDLAND LLP
4695 MacArthur Court, Suite 310
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

**STIPULATION AND ORDER OF DISMISSAL**